### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 20-4317-KSM |
| MARIA J. KARIM, | |
| Defendant. | |

### ORDER

**AND NOW**, this 16th day of February, 2021, upon consideration of Plaintiff's Unopposed Motion for Withdrawal and Substitution of Counsel, (Doc No. 10), it is **ORDERED** as follows:

1. Shelby J. Wesser, Esquire's request to withdraw as counsel for Plaintiff is **GRANTED**.

2. David W. Ghisalbert, Esquire's request to enter his appearance as lead counsel for Plaintiff is **GRANTED**.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.