# LAW OFFICE OF
# DAVID W. GHISALBERT

**David W. Ghisalbert**  dghisalbert@dwglawoffice.com
**2000 Bering Drive, Suite 700**  (713) 808-9697 [telephone]
**Houston, Texas  77057**  (713) 893-6942 [facsimile]

*Member of the Bar,*
*Texas and Pennsylvania*

---

April 13, 2021

The Honorable Karen S. Marston,  *Via CM/ECF for the USDC - Eastern Dist. Pa.*
United States District Court Judge  *and via Email to:*
For the Eastern District of Pennsylvalnia  Chambers_Judge_Marston@paed.uscourts.gov
5614 United States Courthouse
601 Market Street
Philadelphia, PA. 19106

  Re: *Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. Maria J. Karim*: Civil Action Number 2:20-cv-04317-KSM; in the United States District Court for the Eastern District of Pennsylvania, Philadelphia Division

Dear Judge Marston:

  This correspondence is being forwarded to your Honor in furtherance of the directions set forth in the April 1, 2021 Scheduling Order. This is to confirm that the parties conferred on April 13, 2021 regarding dates to be set aside for depositions in the above-referenced case. In light of your Honor's direction that discovery shall be completed by August 26, 2021, the parties have agreed to set aside the following days to conduct depositions:

  First choice: July 28, 2021, July 29, 2021, August 4, 2021, and August 5, 2021

  Backup dates: Week of August 16 – 20, 2021

           Yours very truly,

           *D.W. Ghisalbert*

           David W. Ghisalbert,
           Counsel for Plaintiff,
           Abira Medical Laboratories, LLC
           d/b/a Genesis Diagnostics

April 13, 2021 Letter to
Judge Marston re: Dates Set
Aside for Depositions

Page **2** of **2**

cc:     Mr. Ejaz A. Sabir, Esq.
          Sabir Law Group
          6454 Market Street
          Upper Darby, PA. 19082
          Ejaz@SabirLaw.com

          Counsel for Defendant,
          Maria J. Karim