IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC,<br><br>    Plaintiff,<br><br>    *v.*<br><br>MARIA J. KARIM, et al.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 20-4317-KSM |

## ORDER

**AND NOW**, this 5th day of January, 2022, upon consideration of Defendant Maria J. Karim's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 29) and Plaintiff's Response in Opposition to Defendant Maria J. Karim's Third Motion to Dismiss (Doc. No. 30), it is **ORDERED** as follows:

1. The **STAY** put in place in this matter (Doc. No. 43) is hereby **LIFTED**.

2. Defendant's Motion to Dismiss is **GRANTED** as to the conversion claim (Count 3);

3. Defendant's Motion to Dismiss is **DENIED** as to the tortious interference (Count 1), unfair competition (Count 2), and civil conspiracy (Count 4) claims to the extent those claims arise out of the Karim's alleged interference with Myles's, Brown's, and Rox's employment contracts.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.